# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Jose Aviles-Garzon | **JUDGMENT IN A CRIMINAL CASE**<br><br>CR-22-01744-001-TUC-RM (LCK)<br><br>Myrla Iran Garcia (CJA)<br>Attorney for Defendant |

USM#: 10942-510          ICE# A201-246-006

**THE DEFENDANT ENTERED A PLEA OF** guilty October 19, 2022, to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THE DEFENDANT GUILTY OF THE FOLLOWING OFFENSE:** violating 8 U.S.C. § 1326(a): Reentry of Removed Alien with sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(1), a Class C felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THE COURT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **ONE (1) YEAR.**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED       **FINE:** WAIVED       **RESTITUTION:** N/A

On motion of the government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

## SUPERVISED RELEASE - SPECIAL CONDITION

It is ordered while on supervised release, the defendant must comply with the following special condition:

1)      If deported, you must not reenter the United States without legal authorization.

The Court may change the conditions of supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of supervised release.

Case 4:22-cr-01744-RM-LCK   Document 28   Filed 01/27/23   Page 2 of 2

CR-22-01744-001-TUC-RM (LCK) Page 2 of 2
USA vs. Jose Aviles-Garzon

**THE COURT FINDS** you have been sentenced in accordance with the terms of the plea agreement and have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court **ORDERS** commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **January 25, 2023**

Dated this 25th day of January, 2023.

_____
Honorable Rosemary Márquez
United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____         By: _____
United States Marshal                      Deputy Marshal